# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Related-23-cv-921
BO66
#4
IFP

Chelsey Lenora Schlagel
Plaintiff

vs.

Case No. 2:23-cv-1890

Child Protective Services
Defendant(s)

## COMPLAINT

I. The plaintiff is a resident of Beaver Falls, Beaver County, Pennsylvania and a citizen of the United States.

II. The defendant, Child Protective Services, is a resident of Butler PA and a citizen of the United States.

## JURISDICTION

III. This court has jurisdiction over this matter pursuant to the 14th amendment and due process.

RECEIVED
NOV - 1 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## FACTS

IV. February 15th 2021, former Butler County CYS worker Jayme Steightner removed my children due to an incident that I had no involvement in. I was cleared by Butler County Police the day after. The kids were placed with Jessica Shaffer (my step mother) at the time, I found out their were housing issues in her home that I didn_t think my children should be around. I asked Jayme to move my children somewhere more habitable until the kids came home. February 18th 2021, CYS returned my children to my care. On February 24th 2021, Jayme had called my phone after I picked my boys up from school and asked if I would be home, I stated about 10 minutes. Why? She has made it known that she was there to check in on the kids I said ok. While she was in my home she received a call from Nicole Roudybush, who had told Jayme to remove my boys again. When I asked the reason for removal I was told at first _that is what Nicole told me._ When I called and questioned Nicole she told me she spoke with T.L.S who was 7 years old at the time, in school. He supposedly had stated he didn_t feel safe in the home. That was never confirmed or denied by T.L.S when I asked. I was told by Jayme to find a different living arrangement, on March 3rd 2021 I signed a lease for an apartment. I kept the apartment and income from

was covered. During the whole time they always brought up my mental health however, I was fine and in counseling. (It's my right to refuse medical treatment) In August 2021, I found out I was pregnant with twins. In October 2021 Jayme had resigned from CYS as a worker and went to work at the Lighthouse Foundation and Erin Lawson took over my case. Although I did everything they asked of me it was never enough, Jayme had reported to me that they had an opening at the Lighthouse Transitional housing for single mothers. It was an 18 month program. Erin said she thought it was a great idea and that it would be a better position to get the boys back. I agreed, but later regretted it. I kept continuing through my pregnancy and supervised visitations. I was in a parenting coaching program to get ready for my twins, my coach_s name was Kaitlyn Leasure. Throughout my pregnancy I was told multiple times by Erin and that they wanted to wait until I was settled with the twins before giving me more visitation time with my other children. March 2022 finally came, where I gave birth to my beautiful twins. Eventually everything was going alright, I was being supervised _monitored_ with my visits with all of my children. I was told what I could and couldn_t say to my children, I was also told that _it was too difficult_ to take my children out into the community. The few times I was able to was while I was pregnant.

V. From March 2022ctober 2022, the visitations continued but still monitored never increased to weekends or overnights. In October, Erin Lawson came to my home with papers to voluntarily sign my parental rights of my boys, also stating that if I didn_t sign they would take all of my children from me. At that time, I developed a close relationship with the pre adoptive family and I spoke to the foster mother everyday. She assured me that I would always be in their lives and I just wanted what was best for my children. Around the middle of Novemeber of 2022 Erin had did a home visit, she was rude and disrespectful by stating that I can_t take care of all of my children because I don_t make enough to support them. Erin and Kaitlyn thought that was a great plan, they even attended the post adoption agreement with us (the foster parents and I). In January of 2023, my mental state went bad after the hearing to finalize my termination of rights. I asked the foster family who had my other children to take the twins so I could put myself in the hospital to get my mental state stabilized, they agreed. I came home and the twins were returned to me and everything was supposed to be finalized May 31st with the adoptions and agreements. April 18th 2023, the foster mother called me and had told me my oldest was in a mental institution in Ohio. I was concerned, I was told I couldn_t call him. I was told he was having behaviors resulting in suicidal ideation. After the hospital stay, Erin and Cathryn Heakins( CYS supervisor) removed my oldest from the pre adoptive parents and placed him with Kaitlyn Leasure (my prior parenting coach). To this day there have been reports made because my oldest wasn_t given his medications and didn_t receive counseling until almost 2 months after the hospital. The end of April after I called Erin and asked why they couldn_t have informed me about my son I was told I have no rights, she closed the case with my twins that I have in my care. I was deprived of my parenting rights before I even signed the termination. Erin threatened to have my children removed in order to get what CYS wanted, which was my older two. I am not understanding how I am a good enough mother to have my younger kids but not my older ones. This case caused more trauma to my children and myself. I wasn_t given a fair chance to present my case. I had court appointed attorneys (2 of them) and a total of 3 caseworkers that have been on this same case. Due process was not followed correctly. I was targeted because I am low income. My income has nothing to do with who I

as I moved. I would like to have this case heard so I can prove it. I have my whole case file.

## RELIEF

VI. I would like reinstatement of my parental rights, along with compensation due to my children and I going through mental health issues along with our rights being violated and being neglected.

VII. Damages: I lost 3 years of my childrens lives that is time I will never get back. I had to move multiple times due to caseworker Erin Lawson telling me moving would be beneficial to bring my children home. They ruined my childrens relationships and traumatized them horribly. My children are the main ones who deserve the money damages.

## ADDITIONAL INFO

VIII. I have my full case file. I have plenty of proof.

_____          _____

Signature of pro se Plaintiff                                    Date