IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEY LENORA SCHLAGEL, | ) |
| Plaintiff, | ) ) ) 2:23-CV-1890 ) |
| v. | ) ) ) |
| BUTLER COUNTY CHILDREN & YOUTH SERVICES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

In its Memorandum Order granting Defendant's motion to dismiss (ECF 18), the Court dismissed Ms. Schlagel's request for injunctive relief and her state-law claims with prejudice. The Court, however, also dismissed Ms. Schlagel's constitutional claims *without* prejudice and gave her until March 31, 2025, to file an amended complaint. As of the date of this Order, Ms. Schlagel has neither filed an amended complaint nor sought to have this deadline extended.

Accordingly, and consistent with the Court's prior Order, the dismissal of Ms. Schlagel's constitutional claims is hereby converted such that these claims are **DISMISSED WITH PREJUDICE**.

All claims in this action having been dismissed with prejudice, the Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

Dated: April 7, 2025

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
Chelsey Lenora Schlagel
900 Tenth Avenue
Apt. 54
Beaver Falls, PA 15010